IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| TIMOTHY DOCKERY | : | NO. 02-4000 |

<u>ORDER</u>

AND NOW, this _____ day of _____ 2002, it appearing that petitioner has filed a petition in this court for Habeas Corpus relief under 28 U.S.C. §2255 which attacks the constitutionality of his state court conviction in the Court of Common Pleas of Philadelphia County, Pennsylvania, and

it further appearing that this petition should have been brought pursuant to 28 U.S.C. §2254, not 28 U.S.C. §2255, as it does not attack a federal conviction or sentence, and

it further appearing that this petition was not filed with the <u>current</u> standard 28 U.S.C. <u>§2254</u> form, effective August 1, 2001, as required by Local Civil Rule 9.3, it is hereby

ORDERED that petitioner is granted leave to proceed in forma pauperis in this matter for all purposes, including any possible appeals, and, it is further

ORDERED that the Clerk of Court furnish petitioner with the <u>current</u> forms for filing a petition pursuant to 28 U.S.C. <u>§2254</u> and <u>bearing the above-captioned civil action number</u>, and, it is further

ORDERED that petitioner shall complete these forms as directed by Local Civil Rule 9.3 (that is, by setting forth his entire argument on the forms, without recourse to any attachments) and return them to the Clerk of Court within thirty (30) days, or else this civil action shall be dismissed.

_____
JOHN P. FULLAM, J.