IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY DOCKERY | : | CIVIL ACTION |
| v. | : | |
| JOHN MCCULLOUGH, et al. | : | NO. 02-4000 |

## ORDER

AND NOW, this           day of           2002, it is hereby

ORDERED that the Clerk of this Court is directed to insure that the docket in this case and all court records indicate that this is a civil action brought pursuant to 28 U.S.C. *§2254*, and, it is further

ORDERED that the Clerk of Court shall correct the docket in this case and all court records to indicate that petitioner, Timothy Dockery, is the plaintiff in this civil action, and that the defendants are John M. McCullough; the District Attorney of the County of Philadelphia, Pennsylvania; and, the Attorney General of the state of Pennsylvania.

JOHN P. FULLAM, J.