IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIMOTHY DOCKERY

        02-4000
        District Court Docket Number

vs.

JOHN M. MCCOLLOUGH, ETAL

Notice of Appeal Filed <u>2/4/04</u>
Court Reporter(s)/ESR Operator(s)    <u>N/A</u>

Filing Fee:
    Notice of Appeal __Paid _X_ Not Paid   __Seaman
    Docket Fee   __Paid _X_ Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

_X_ Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
_X_ Denied
__Pending

CC: JUDGE FULLAM
    APPEAL CLERK
    USCA

        Defendant's Address (for criminal appeals)

        Prepared by : _____
        LINDA V. JERRY, Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm