# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMOTHY DOCKERY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 02-4000** |
| | : | |
| **UNITED STATES OF AMERICA,** *et al.* | : | |

## ORDER

**AND NOW**, this 27th day of September 2018, upon considering Plaintiff's Motion for relief under Fed. R. Civ. P. 60(b) (ECF Doc. No. 34) and for reasons in the accompanying memorandum, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 34) is **DENIED.**

KEARNEY, J.